UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DUNNE,<br><br>                Petitioner,<br><br>       v.<br><br>T. JUSINO, Warden,<br><br>                Respondent. | Case No. 2:20-cv-04504-MWF-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all documents filed by the parties in connection with Respondent's Motion to Dismiss, and all of the records herein, including the December 23, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections and supplemental objections thereto filed on February 8, 2021 and February 23, 2021.  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection has been made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the objections/supplemental objections.

     Petitioner's objections/supplemental objections to the Report and Recommendation take issue with certain wording in the Report and Recommendation, attempt to distinguish certain of the authorities referenced therein, and essentially ask that this Court reweigh the evidence the United States Parole Commission considered in denying parole and in raising petitioner's offense category, which the Court has advised it may not do.  See Report and Recommendation at 9-11, 16, 18.  The Court has determined that the Commission's actions in denying parole did not violate due process.  The other issues petitioner has raised are beyond judicial review.

     Accordingly, IT IS HEREBY ORDERED that (1) the Motion to Dismiss is granted; (2) the Petition for Writ of Habeas Corpus and this action are dismissed; and (3) the Clerk shall enter Judgment accordingly and shall serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

     IT IS SO ORDERED.

DATED: March 29, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE