UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM DUNNE,<br><br>        Petitioner,<br><br>    v.<br><br>T. JUSINO, Warden,<br><br>        Respondent. | Case No. 2:20-cv-04504-MWF-JC<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Judgment be entered dismissing the Petition for Writ of Habeas Corpus and this action.

    IT IS SO ADJUDGED.

DATED: March 29, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE